IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY GENE DOSS, #254085, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:11-cv-0710-TMH |
| | )            WO |
| BILLY MITCHEM, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #16) filed on January 7, 2014 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #15) filed on December 24, 2013 is adopted;

3. The petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the petitioner.

Done this the 14th day of January, 2014.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE